No. 195. ROBERT GALLAGHER, JOSEPH A. DENNISON, AND DANIEL V. McISAAC v. JOHN E. HANNIGAN, TRUSTEE IN BANKRUPTCY OF OLD COLONY FOREIGN EXCHANGE COMPANY. Appeal from the Circuit Court of Appeals for the First Circuit. Argued March 7, 1927. Decided March 14, 1927. *Per Curiam.* Dismissed for want of jurisdiction on the authority of *Central Trust Co.* v. *Lueders,* 239 U. S. 11; *William R. Staats Co.* v. *Security Trust and Savings Bank,* 243 U. S. 121; and *Harris* v. *Moreland Truck Co.,* 250 U. S. 702. *Messrs Lowell A. Mayberry*

and *Robert Gallagher* for appellants, submitted. *Mr. Edward A. McLaughlin, Jr.*, with whom *Mr. John E. Hannigan* was on the brief, for appellee.